Cicely T. Ray, Esq. (SB 213677)
CICELY T. RAY & ASSOCIATES
4740 Green River Road Suite 314
Corona, CA 92878
Office Phone: (951) 735-2488
Email: Cicely.Ray@Cicelyraylaw.com

Attorneys for Plaintiff,
CATHERINE PAGE

# UNITED STATES DISTRICT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| CATHERINE PAGE,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EQUIFAX, INC., EXPERIAN INFORMATION SOLUTIONS, INC. and SIERRA CENTRAL CREDIT UNION,<br><br>Defendants, | Case No. 5:25-cv-00708<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION, LLC** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, CATHERINE PAGE ("Plaintiff"), and Defendant, TRANS UNION, LLC ("TRANS UNION"), have reached a settlement in the above-captioned action. Plaintiff expects to file a Notice of Dismissal as to TRANS UNION once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete the settlement documents and notify this honorable Court of dismissal.

1

**NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION, LLC**

1  Please be advised that this settlement does not affect Plaintiff's claims or rights as
2  they pertain to Defendants, EQUIFAX, INC. ("EQUIFAX"), EXPERIAN
3  INFORMATION SERVICES, INC. ("EXPERIAN") and SIERRA CENTRAL CREDIT
4  UNION ("SCCU").

RESPECTFULLY SUBMITTED,

Dated: April 16, 2025       By:    /s/ Cicely T. Ray
                                   Cicely T. Ray, Esq. (SB 213677)
                                   CICELY T. RAY & ASSOCIATES
                                   4740 Green River Road Suite 314
                                   Corona, CA 92878
                                   Office Phone: (951) 735-2488
                                   Email: Cicely.Ray@Cicelyraylaw.com

                                   Attorneys for Plaintiff,
                                   CATHERINE PAGE

# CERTIFICATE OF SERVICE

I certify that on April 16, 2025, I served Plaintiff CATHERINE PAGE's Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

By: /s/ Cicely T. Ray
Cicely T. Ray, Esq. (SB 213677)
CICELY T. RAY & ASSOCIATES
4740 Green River Road Suite 314
Corona, CA 92878
Office Phone: (951) 735-2488
Email: Cicely.Ray@Cicelyraylaw.com

Attorneys for Plaintiff,
CATHERINE PAGE