UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - REOPENING/CLOSING**

Case No. 5:25-cv-00708-MCS-SP                     Date January 12, 2026

Title: Catherine Page v. Equifax, Inc. et al

Present: The Honorable Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

NOT Present                              NOT Present

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated September 19, 2025.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer    SMO